| AO-10 Rev. 1/2004 | **FINANCIAL DISCLOSURE REPORT** **FOR CALENDAR YEAR 2004** | Report Required by the Ethics in Government Act of 1978 (5 U.S.C. app. §§ 101-111) |

| 1. Person Reporting (Last name, First name, Middle initial) Bryan, Robert J | 2. Court or Organization Western Dist. Of Washington | 3. Date of Report 04/11/2005 |

| 4. Title (Article III Judges indicate active or senior status; magistrate judges indicate full- or part-time) Senior Article III Judge | 5. ReportType (check appropriate type) ○ Nomination, Date ○ Initial ● Annual ○ Final | 6. Reporting Period 01/01/2004 to 12/31/2004 |

| 7. Chambers or Office Address 1717 Pacific Avenue Room 4427 Tacoma WA 98402 | 8. On the basis of the information contained in this Report and any modifications pertaining thereto, it is, in my opinion, in compliance with applicable laws and regulations. Reviewing Officer_____ Date_____ |

**IMPORTANT NOTES:** The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information. Sign on last page.

## I. POSITIONS. (Reporting individual only; see pp. 9-13 of filing instructions)

☐ **NONE** - (No reportable positions.)

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| 1. Member | Bryan Fisheries LLC (Fishing Vessel) |
| 2. Partner (50 % after 9/03) | Bryan Properties, LLP (investments) |
| 3. | |
| 4. | |

## II. AGREEMENTS. (Reporting individual only; see pp. 14-16 of filing instructions)

☐ **NONE** - (No reportable agreements.)

| DATE | PARTIES AND TERMS |
|---|---|
| 1. 8/67 | Department of Retirement Systems - State Pension |

FINANCIAL DISCLOSURE OFFICE APR 18 10 24 AM '05 RECEIVED

## III. NON-INVESTMENT INCOME. (Reporting individual and spouse; see pp. 17-24 of filing instructions)

### A. Filer's Non-Investment Income

☐ **NONE** - (No reportable non-investment income.)

| | DATE | SOURCE AND TYPE | GROSS INCOME<br>(yours, not spouse's) |
|---|---|---|---|
| 1. | 2003 | Wash. State Department of Retirement Systems | 21,072.00 |

### B. Spouse's Non-Investment Income - (If you were married during any portion of the reporting year, please complete this section. Dollar amount not required except for honoraria.)

☑ **NONE** - (No reportable non-investment income.)

| | DATE | SOURCE AND TYPE |
|---|---|---|
| 1. | | |

## IV. REIMBURSEMENTS -- transportation, lodging, food, entertainment.

(Includes those to spouse and dependent children. See pp. 25-27 of instructions.)

☑ **NONE** - (No such reportable reimbursements.)

| | SOURCE | DESCRIPTION |
|---|---|---|
| 1. | | |

## V. GIFTS. (Includes those to spouse and dependent children. See pp. 28-31 of instructions.)

☑ NONE - (No such reportable gifts.)

| SOURCE | DESCRIPTION | VALUE |
|---|---|---|
| 1. | | |

## VI. LIABILITIES. (Includes those of spouse and dependent children. See pp. 32-34 of instructions.)

☐ NONE - (No reportable liabilities.)

| | CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|---|
| 1. | Bryan | Unsecured loan - for portion purchase money on Part VII, #19 | K |
| 2. | New York Life Ins., NY, NY | Insurance Policy Loans | K |

| Name of Person Reporting | Date of Report |
|---|---|
| Bryan, Robert J | 04/11/2005 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div. rent. or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date: Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| ☐ NONE (No reportable income, assets, or transactions) | | | | | | | | | |
| 1. NorthWestern Mutual Ins. Co. & NY Life Ins. Co. | | None | M | T | | | | | |
| 2. 1/2 Lots Bremerton WA | | None | K | W | | | | | |
| 3. Bank of America Accounts | A | Interest | L | T | | | | | |
| 4. 1/2 Smith Barney DDF | A | Interest + Dividend | J | T | | | | | |
| 5. 1/2 Smith Barney LTD Maturity Mun. Fund (Mut. Fund) | B | Dividend | K | T | | | | | |
| 6. 1/2 Smith Barney CD | A | Interest | J | T | buy | 5/25 | J | | |
| 7. 1/2 Hibernia Bank CD | A | Interest | J | T | buy | 6/16 | J | | |
| 8. 1/2 USAA Tax Exempt Intermediate Term Fund | A | Distribution | K | T | | | | | |
| 9. 1/2 Interest in lots, Kitsap Co. WA | | None | J | W | | | | | |
| 10. 1/2 Bryan Properties LLP Invests. - (see remarks) | | | | | | | | | |
| 11. - 1st Nat'l Bank of P. Orchard, (now Pacific NW Bank) | A | Interest | J | T | | | | | |
| 12. - Bldg: Rental #2 (147) Bremerton WA | D | Rent | M | W | | | | | |
| 13. - Bldg: Marysville WA | E | Rent | N | W | | | | | |
| 14. - Duplex: Port Orchard WA | D | Rent | M | W | | | | | |
| 15. - Bldg: Poulsbo WA | E | Rent | M | W | | | | | |
| 16. - Bldg: Olympia WA | E | Rent | M | W | | | | | |
| 17. - Bldg: Rental #3 (AC W) Bremerton WA | E | Rent | M | W | | | | | |
| 18. - Fountain Hills AZ Condo | | None | L | W | | | | | |

| 1. Income/Gain Codes: (See Columns B1 and D4) | A = $1,000 or less | B = $1,001-$2,500 | C = $2,501-$5,000 | D = $5,001-$15,000 | E = $15,001-$50,000 |
|---|---|---|---|---|---|
| | F = $50,001-$100,000 | G = $100,001-$1,000,000 | H1 = $1,000,001-$5,000,000 | H2 = More than $5,000,000 | |
| 2. Value Codes: (See Columns C1 and D3) | J = $15,000 or less | K = $15,001-$50,000 | L = $50,001-$100,000 | M = $100,001-$250,000 | |
| | N = $250,000-$500,000 | O = $500,001-$1,000,000 | P1 = $1,000,001-$5,000,000 | P2 = $5,000,001-$25,000,000 | |
| | P3 = $25,000,001-$50,000,000 | | P4 = $More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q = Appraisal | R = Cost (Real Estate Only) | S = Assessment | T = Cash/Market | |
| | U = Book Value | V = Other | W = Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Bryan, Robert J | 04/11/2005 |

## VII. INVESTMENTS and TRUSTS -- income, value, transcations (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | | | | | | If not exempt from disclosure | | | |
| | (1) Amount Code 1 (A -H) | (2) Type (e.g. div. rent. or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date: Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 19. - Bldg: Port Orchard WA (Bethel) | E | Rent | N | W | | | | | |
| 20. - Edward Jones, Inc. Money Market Fund: Pt. Orchard WA | B | Interest + Dividend | M | T | | | | | |
| 21. - Bldg: Port Orchard WA (Marlin) | D | Rent | L | W | | | | | |
| 22. - Port of Seattle WA Rev Series B - Bond | | None | J | T | | | | | |
| 23. - Inv. Co. of America (mutual fund) | A | Dividend + Capital Gain | J | T | | | | | |
| 24. - Chelan Co. Wash. Pub. Util. Dist. (bond) | | None | J | T | | | | | |
| 25. - Federal Nat'l Mtg. 1994-18 CL C | A | Interest | J | T | | | | | |
| 26. - Ryland Mtg. Corp. 86 CL F | A | Interest | J | T | | | | | |
| 27. - Federal Home Ln Ser 89 CL D | A | Interest | J | T | | | | | |
| 28. - Western Bank Puerto Rico (CD) | A | Interest | | | full redeem | 6/14 | J | | |
| 29. - Builders Bank (CD) | A | Interest | | | full redeem | 7/16 | J | | |
| 30. - Parkway Bank & Trust (CD) | A | Interest | | | full redeem | 8/23 | J | | |
| 31. - Four Oaks Bank and Trust (CD) | A | Interest | | | full redeem | 9/17 | J | | |
| 32. - State Bank of Fargo (CD) | A | Interest | | | full redeem | 10/29 | J | | |
| 33. - Federal Trust Bank (CD) | A | Interest | | | full redeem | 11/19 | J | | |
| 34. - First Charter Bank (CD) | A | Interest | | | full redeem | 12/17 | J | | |
| 35. -Vanguard Total Stock Market Index Fund | | None | J | T | | | | | |
| 36. -First Business Bank CD | A | Interest | J | T | buy | 5/4 | J | | |

| 1. Income/Gain Codes: (See Columns B1 and D4) | A = $1,000 or less F = $50,001-$100,000 | B = $1,001-$2,500 G = $100,001-$1,000,000 | C = $2,501-$5,000 H1 = $1,000,001-$5,000,000 | D = $5,001-$15,000 H2 = More than $5,000,000 | E = $15,001-$50,000 |
|---|---|---|---|---|---|
| 2. Value Codes: (See Columns C1 and D3) | J = $15,000 or less N = $250,000-$500,000 P3 = $25,000,001-$50,000,000 | K = $15,001-$50,000 O = $500,001-$1,000,000 | L = $50,001-$100,000 P1 = $1,000,001-$5,000,000 P4 = $More than $50,000,000 | M = $100,001-$250,000 P2 = $5,000,001-$25,000,000 | |
| 3. Value Method Codes (See Column C2) | Q = Appraisal U = Book Value | R = Cost (Real Estate Only) V = Other | S = Assessment W = Estimated | T = Cash/Market | |

| Name of Person Reporting | Date of Report |
|---|---|
| Bryan, Robert J | 04/11/2005 |

## VII. INVESTMENTS and TRUSTS -- income, value, transcations (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions.)

| A.<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset exempt<br>from prior disclosure | B.<br>Income during<br>reporting period | | C.<br>Gross value at end of<br>reporting period | | D.<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A -H) | (2)<br>Type (e.g.<br>div. rent. or<br>int.) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e.g.<br>buy, sell,<br>merger,<br>redemption) | If not exempt from disclosure | | | |
| | | | | | | (2)<br>Date:<br>Month -<br>Day | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 37.   -Darby Bank CD | A | Interest | J | T | buy | 6/16 | J | | |
| 38.   -Stillwater Bank CD | A | Interest | J | T | buy | 7/16 | J | | |
| 39.   -Farm Bureau Bank CD | A | Interest | J | T | buy | 12/22 | J | | |
| 40.   -Port Seattle Series B.5 Bond (End Bryan Properties Invests) | A | Interest | J | T | buy | 4/1 | J | | |
| 41.   Commercial Fishing Permit    (see remarks) | | None | K | W | | | | | |
| 42.   Bryan Fisheries LLC    (see remarks) | D | Rent | M | W | organized | 4/22 | M | | R. Bryan (reporter) |
| 43.   Commercial Fishing Vessel    (see remarks) | | None | M | W | transfer | 5/24 | M | | Bryan Fisheries LLC |

| 1. Income/Gain Codes: | A = $1,000 or less | B = $1,001-$2,500 | C = $2,501-$5,000 | D = $5,001-$15,000 | E = $15,001-$50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F = $50,001-$100,000 | G = $100,001-$1,000,000 | H1 = $1,000,001-$5,000,000 | H2 = More than $5,000,000 | |
| 2. Value Codes: | J = $15,000 or less | K = $15,001-$50,000 | L = $50,001-$100,000 | M = $100,001-$250,000 | |
| (See Columns C1 and D3) | N = $250,000-$500,000 | O = $500,001-$1,000,000 | P1 = $1,000,001-$5,000,000 | P2 = $5,000,001-$25,000,000 | |
| | P3 = $25,000,001-$50,000,000 | | P4 = $More than $50,000,000 | | |
| 3. Value Method Codes | Q = Appraisal | R = Cost (Real Estate Only) | S = Assessment | T = Cash/Market | |
| (See Column C2) | U = Book Value | V = Other | W = Estimated | | |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS (Indicate part of Report.)

Section VII, Line 10: Bryan Properties LLP is a partnership entity which holds all of the investments on lines 11-40. All income, values, and transactions for those assets are listed in lines 11-40.

Section VII, Lines 41-43: On 4/22 I formed "Bryan Fisheries LLC" and on 5/24 I transferred the commercial fishing vessel listed in Line 56 in my 2003 report to the newly formed Bryan Fisheries LLC, without consideration.

| FINANCIAL DISCLOSURE REPORT | Name of Person Reporting | Date of Report |
|---|---|---|
| | Bryan, Robert J | 04/11/2005 |

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.



Signature

Date  11 April 2005

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

### FILING INSTRUCTIONS

Mail signed original and 3 additional copies to:

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544